Eloise HAYES; Anthony Hayes,
Plaintiffs–Appellees,

v.

Toby BYRD; Jeff Winkler,
Defendants–Appellants.

No. 05–56844.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Aug. 8, 2007.

Filed Nov. 30, 2007.

Gary S. Casselman, Esq., Law Offices of Gary S. Casselman, Los Angeles, CA, for Plaintiffs–Appellees.

USLA–Office of the U.S. Attorney Civil & Tax Divisions, Los Angeles, CA, Robyn–Marie Lyon Monteleone, Esq., for Defendants–Appellants.

* The Honorable Harold Baer, Jr., Senior U.S. District Judge for the Southern District of New York, sitting by designation.

Before KOZINSKI and RAWLINSON, Circuit Judges, and BAER *, Senior District Judge.

MEMORANDUM **

Because a material factual dispute existed, the district court denied Appellants' summary judgment motion seeking qualified immunity. In this circumstance, we lack jurisdiction. *See Collins v. Jordan,* 110 F.3d 1363, 1370 (9th Cir.1997), *as amended.*

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.